IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.   Case Nos.   1:23-cr-24-AW-MAL
1:24-cv-244-AW-MAL

**JERU SHAKUR,**

    **Defendant.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Defendant Jeru Shakur moved for relief under § 2255. The magistrate judge recommends dismissing the motion without prejudice because Shakur's direct appeal remains pending. ECF No. 99. Shakur has not filed any objection to the report and recommendation.

I agree with the magistrate judge. I now adopt the report and recommendation in full and incorporate it into this order. The clerk will enter an order that says, "The § 2255 motion is dismissed without prejudice for lack of jurisdiction." The clerk will then close the file.

SO ORDERED on February 3, 2025.

                                          s/ *Allen Winsor*
                                          United States District Judge